

**Margaret J. Cascino**
*Managing Attorney*

Stern & Eisenberg, PC
www.sterneisenberg.com

Woodbridge Corporate Plaza
485B Route 1 South, Suite 330
Iselin, New Jersey 08830
Telephone: (732) 582-6344
Facsimile: (732) 726-8719
mcascino@sterneisenberg.com

March 5, 2019

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York

    Re:    Horace Wilson
    Case Number: 18-22499-rdd
    Subject:    **Status Report of Loss Mitigation between Debtors and Creditor**

Dear Judge Drain:

    Our office is retained as counsel for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, by its Servicer, SN Servicing Corporation in the pending loss mitigation proceedings. Please accept this letter as an update in advance of the upcoming status hearing.

    On 1/17/19, Servicer received the following documents from Debtor's Attorney:

- Affidavit of Financial Hardship;
- 2016/2017 Tax Returns;
- Proof of Income;

Upon review, Servicer requested additional documents on 1/24/19:

- info on family member(s) contributing $1,500/month. Servicer requires letters of contribution and proof of income for these individuals (paystubs or otherwise).

    On 2/6/19, we reached out for an update on requested documents. On 2/7/19, Debtor's Attorney responded with a contribution letter for Carolyn Wilson and advised that Debtor would provide all remaining income documentation within 1 week. We sent follow-up emails for these documents on 2/13/19 & 2/22/19. On 2/25/19, Debtor's Attorney advised that they were following-up with Debtor for outstanding documents.

    As of 3/5/19, the additional documents needed (contributor letters and proof of income) are still outstanding. Additional documents may be needed at this time as the original submission may expire once Debtor submits the previously requested items.

Debtor received Servicer's loss mitigation package on December 13, 2018. Creditor is requesting the Court set a strict deadline to submit a complete package.

Please do not hesitate to contact our office with any questions.

Sincerely,

*Margaret J. Cascino*

STERN & EISENBERG, P.C.